FD-302 (Rev. 5-8-10)

- 1 of 3 -



## FEDERAL BUREAU OF INVESTIGATION

Date of entry  06/07/2019

Jim Douglas, former Governor of Vermont, was interviewed at the United States Attorney's Office, District of Vermont, 11 Elmwood Avenue, Burlington, Vermont, by Assistant United States Attorneys (AUSA) Paul Van de Graaf and Nicole Cate and FBI Special Agent Jennie Emmons. Also present, representing Douglas, was Attorney Bill Griffin of the Vermont Attorney General's Office. After being advised of the identity of the interviewers and the nature of the interview, Douglas provided the following information:

Douglas was elected to the Vermont General Assembly in 1972. He later became the Vermont Secretary of State and, thereafter, the State Treasurer before becoming the Governor. He served as Governor of Vermont from 2003 to 2011.

Douglas knows Stenger as a prominent Vermont businessman. Stenger was the President of Jay Peak and of the Ski Areas Association. Douglas and Stenger may have met before Douglas became Governor.

While Governor, Douglas became aware of the EB-5 program and that the state of Vermont was hosting a regional center. He probably came to know this through Kevin Dorn, who was the Secretary of Commerce and Community Development at the time. The Vermont Regional Center seemed to be a good idea. A state regional center gave investors a sense of comfort.

Douglas traveled overseas for the EB-5 projects on two occasions, both times with Stenger. On these trips he attended a number of events in Asian venues. At such events, Jay Peak's displays were always the largest. On such trips, Douglas was careful to not appear that he was supporting Jay Peak exclusively.

One of the trips was in fall 2009 and the other was in 2010. Douglas traveled to China in 2007, but it was not related to the EB-5 program. The first EB-5 trip had stops in Korea, and China (to include Hong Kong). The second trip had stops in Japan and Vietnam and possibly Taiwan (Taiwan might

Investigation on 05/29/2019 at Burlington, Vermont, United States (In Person)

File # 318B-AL-6464304   Date drafted 06/05/2019

by EMMONS JENNIE MCGLYNN

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

318B-AL-6464304

Continuation of FD-302 of (U) Interview of Jim Douglas ,On 05/29/2019 ,Page 2 of 3

have been part of the first trip). The EB-5 projects were the principal purpose of the trip, though there may have been other business addressed during the trips.

Douglas met Quiros a couple of times. One of those times was on the Korea trip and another time may have been at Jay Peak. Douglas read in the press that Quiros claimed Douglas begged him to buy Jay Peak, which is not true.

AUSA Van de Graaf noted that by summer 2009, Stenger had a plan to expand beyond resorts with the EB-5 program; and, a review of email communication indicates that conversations about this topic occurred with Douglas. In response, Douglas advised that he does not recall direct conversations with Stenger about this specific topic.

Douglas heard complaints about the EB-5 program - that it was about people buying their way into the country. Douglas saw the program as a tool offered by Congress that he could use to improve economic conditions in Vermont, and specifically in an area like the Northeast Kingdom, with high unemployment. Douglas would explain this in responding to criticism.

AUSA Van de Graaf noted that during the fall 2009 trip to Korea, an Memorandum of Understanding (MOU) was signed, and asked Douglas about his role in the events surrounding the MOU signing. Douglas advised that he relied on Kevin Dorn and Dorn's team to understand the details. Douglas signed a lot of such agreements, which are really commitments to work together toward a common goal. Douglas was not approving anything, but rather agreeing to move forward.

Both Kevin Dorn and James Candido, who was head of the Vermont Regional Center at the time, were on the fall 2009 trip to Kora.

AUSA Van de Graaf observed that after the fall of 2009, the AnC Bio Vermont project went dormant for a while; and, in 2012 investor funds starting coming in for the project. Douglas advised that he recalls the project going dormant, but cannot recall why it was delayed. He had a lot of his plate at the time.

AUSA Van de Graaf noted that during the 2nd trip, AnC Bio Vermont was not being marketed. In response, Douglas advised that he cannot recall if there was any reference to the project during the trip.

5762444

FD-302a (Rev. 5-8-10)

318B-AL-6464304

Continuation of FD-302 of (U) Interview of Jim Douglas , On 05/29/2019 , Page 3 of 3

AUSA Van de Graaf showed Douglas a Korean article about his visit to the AnC Bio facility in Korea (Writer's note: the PoliPeople magazine article) and asked Douglas about that day. In response, Douglas advised that they visited the Korean facility, which was in suburb outside Seoul. At the facility, they went to Alex Choi's office, which was on an upper floor. The document signing occurred outdoors.

Douglas noticed nothing was being made at the facility. There were people wearing lab coats and equipment, but no production. Douglas and Dorn asked about that fact, and the answers they got (which Douglas cannot recall) seemed plausible.

Ike Lee was present during the facility visit. Lee was fluent in English and served as a tour guide during the visit. The tour of the facility was brief. The focus of the discussions was on the portable dialysis machine. Douglas met Governor Moon (of Korea) during the visit.

During the Korean visit, the delegation also traveled to an event in Seoul, which took place in an auditorium. Douglas spoke at that event.

In regard to the interview of Douglas presented in the Korean magazine article, Douglas cannot recall if it happened or did not happen (as presented in the article).

The following Bates numbers documents were presented or referenced in the interview: 5552016, 0166216, 5455994, 5010856, 5010856, 5381407, USAO-EXEC00005588, 0161126.

5762445