318B-AL-6464304 Serial 382

-1 of 5-

FD-302 (Rev. 5-8-10)

## FEDERAL BUREAU OF INVESTIGATION

Date of entry    06/04/2021

Jeb (aka George) Spaulding, date of birth ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ was interviewed via video conferencing by Assistant United States attorneys Paul Van de Graaf and Nicole Cate, Department of Justice Trial Attorney Jessee Alexander-Hoeppner, and FBI Special Agent Jennie Emmons. After being advised of the identities of the interviewers and of the nature of the interview, Spaulding advised the following:

Spaulding was elected state treasurer of Vermont in November 2002. In 2011, he became the secretary of administration under Governor Shumlin and served in this position until 2015 when he left to become the chancellor of Vermont state colleges in 2015.

Spaulding explained the secretary of administration (SOA) as the chief operating officer of state government. The SAO is not involved in policy or politics, but rather keeps things operating. Spaulding was the only secretary in the governor's cabinet who had an office in the same building as the governor. Thus, Spaulding had easy access to the governor. Before he took on the SOA job, he had never even had coffee with Shumlin, but as SOA he got close to him. Spaulding planned to stay his whole tenure.

AUSA Van de Graaf asked about Spaulding's relationship with Stenger around the December 2010 transition time (between the election and the inauguration). At this time, Spaulding and others talked to Stenger about the role of EB5 in the state. In particular, a December 2010 meeting was held at the Burlington airport.

Spaulding does not remember a meeting at the airport and does not think he went to it. In regard to Stenger, Spaulding assumes that Stenger must have done something wrong. However, Spaulding always found Stenger to be a really decent person and respected him. On Saturdays, Stenger would be at Burke

| | | |
|---|---|---|
| Investigation on | 05/21/2021 | at | Burlington, Vermont, United States (, Other (Video conference)) |

File # 318B-AL-6464304                                    Date drafted 05/21/2021

by  EMMONS JENNIE MCGLYNN

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

318B-AL-6464304 Serial 382

FD-302a (Rev. 5-8-10)

318B-AL-6464304

Continuation of FD-302 of  (U) Interview of Jeb Spaulding _____ , On 05/21/2021 , Page  2 of 5

working. One would see Stenger around at things. Stenger may have been active in Vermont's business round table. Even Michael Goldberg kept Stenger on at Jay Peak after it went into receivership. Spaulding did not have a close relationship with Stenger. They never had dinner or a beer together.

As treasurer, Spaulding heard that the EB5 program was good for Vermont. Senator Leahy, Representative Welch, and (former) Governor Douglas all thought the EB5 program was great for Vermont.

AUSA Van de Graaf noted that in December 2010, in emails involving Spaulding, there was talk about EB5 improving jobs in Vermont. AUSA Van de Graaf asked about Spaulding's view of the potential of the EB5 program for Vermont.

Spaulding advised that the northeastern part of the state suffers from a lack of employment opportunities. The resorts, the expansion of the airport, and AnC Bio were supposed to be good for the economy. Everyone thought the EB5 program was a wonderful opportunity to provide an economic boost to Northeast Kingdom. Stenger was respected enough that people backed it. He gave the program credibility and made it seem like it was beyond reproach.

Spaulding did not interact with the Regional Center while treasurer.

AUSA Van de Graaf noted that Lawrence Miller became the secretary of the Agency of Commerce and Community Development (ACCD) and asked about the role of ACCD and in the EB5 system.

Spaulding remembers Brent Raymond being the head of ACCD. Spaulding is not interested in scapegoating Raymond—or Stenger.

AUSA Van de Graaf noted that James Candido was the head of ACCD, not Raymond. AUSA Van de Graaf asked if Spaulding understood that ACCD had two roles with the state's EB5 program: marketing and oversight.

Spaulding is aware ACCD had both roles, but did not think about this topic. There was no reason for him to look into whether or not ACCD was fulfilling both roles. Perhaps Liz Miller questioned the two role issue.

AUSA Van de Graaf asked about Spaulding's attendance at an AnC Bio press conference event on August 5, 2011 in Newport. Governor Shumlin also attended this event.

5768386.02

318B–AL–6464304 Serial 382

FD-302a (Rev. 5-8-10)

318B–AL–6464304

Continuation of FD-302 of (U) Interview of Jeb Spaulding _____ , On 05/21/2021 , Page 3 of 5

Spaulding remembers being at that event. He was one of many people at it, to include Ariel Quiros and some government officials. The event was a big deal.

AUSA Van de Graaf noted that Spaulding wrote an email after it to thank Stenger and Bill Kelly. AUSA Van de Graaf asked if Spaulding had any thoughts at the time about the feasibility of a bio facility in Newport.

Spaulding will have to think about that question. People would say if only half of the claims about the facility came true it would be great for the Northeast Kingdom. The project involved private investor money. Spaulding hoped the investors were doing their due diligence.

AUSA Van de Graaf noted that the state was not only applauding from the sidelines but was also used to market the projects. Such events as the press conference were used for marketing. Stenger used the state's support to convince investors that the projects were legitimate. Investors were influenced by seeing the governor at such events.

Spaulding opined that an alternative view is that the investors had a lot of money and lawyers and, thus, what a politician was saying was not that important.

AUSA Van de Graaf countered that it means something for the Chinese in China for a governor to say something is a good thing.

AUSA Van de Graaf noted that the first red flags began to appear in 2012. Some rumblings about financial problems at Jay Peak made their way to the state. ACCD looked into them, but did not dig further after Candido spoke to Stenger.

Spaulding advised that he heard about the rumblings, but the matter was not in his domain, and he had confidence in Lawrence Miller and Susan Donegan. Later, Liz Miller, Mike Pieciak, and others realized they had to "tear this thing apart."

AUSA Van de Graaf observed that after the rumblings, Stenger put on another big press event for the Northeast Kingdom initiative, which Governor Shumlin attended. This event took place on September 27, 2012. Right after, Spaulding sent out an email (or perhaps Moulton on Spaulding's behalf) about

318B–AL–6464304 Serial 382

FD-302a (Rev. 5-8-10)

318B-AL-6464304

Continuation of FD-302 of  (U) Interview of Jeb Spaulding                    ,On  05/21/2021  ,Page   4 of 5

state agencies coordinating to support this initiative. This event was about a year after the AnC Bio press conference.

Spaulding does not remember this event at all. The administration got started in January 2011. After a while, he settled into his new job as secretary. He was not involved in the initiative, but vaguely recalls some things about it. A comment like the one in the email would have been normal.

AUSA Van de Graaf observed that Governor Shumlin tapped Lawrence Miller to run health care reform, which left a lack of leadership at ACCD. Moulton came on as ACCD's secretary in 2015. Alex MacLean left Governor Shumlin's team and went to work for Stenger. AUSA Van de Graaf asked about MacLean.

Spaulding advised that he does not know anything about MacLean's situation. When Spaulding was treasurer and Shumlin was a state senator, Spaulding would run into her. He also encountered her when she was involved in Shumlin's campaign. He never socialized with her and did not have much to do with her in general. Spaulding never heard from her once she went to Jay Peak.

AUSA Van de Graaf noted that in 2014 Liz Miller was the governor's chief of staff. Stenger was stopped from marketing. Though Liz Miller kept Spaulding in the loop, he was not involved in those decisions.

Spaulding described Liz Miller as being very involved and a person who could do most jobs better than everyone else. She left the state in January 2015. After the first two years with a different chief of staff, Liz Miller came on in this role. Liz Miller is a very talented woman. She took a much stronger role as the governor's right hand person.

AUSA Van de Graaf noted that a decision was made to bring in the Department of Financial Regulation (DFR) as part of the Regional Center. In the fall, a Memorandum of Understanding was created for DFR and ACCD. AUSA Van de Graaf asked if Spaulding was involved in this change.

Spaulding advised that he had no involvement. He did not know that DRF had become a part of the Regional Center. He thought DFR had just became involved in oversight and making sure there was adequate separation between oversight and marketing. Around that time he was selected to be the next chancellor and was ready to make that transition.

FD-302a (Rev. 5-8-10)

318B-AL-6464304

Continuation of FD-302 of  (U) Interview of Jeb Spaulding                    , On  05/21/2021  , Page   5 of 5

AUSA Van de Graaf referenced emails from the beginning of 2016 about trying to set up a meeting with Stenger about jobs at AnC Bio. A March 2016 meeting was planned, which Stenger postposed. The meeting apparently never happened.

Spaulding had forgotten about that planned meeting until now. Spaulding must have thought it was going to happen because Stenger was worried about the AnC Bio workforce. The project was probably "going south at that stage." Spaulding does not think the meeting ever took place.