# EXHIBIT 1

## §18:23 FPC PENSACOLA

FPC Pensacola
Federal Prison Camp
110 Raby Avenue
Pensacola, FL 32509
PEN/ExecAssistant@bop.gov
850-457-1911
Fax: 850-458-7291

**Location:** 175 miles west of Tallahassee and 50 miles east of Mobile, Alabama, on Saufley Field, an outlying base of the Pensacola Naval Air Station (NAS), off Interstate 10. The area is served by the Pensacola Municipal Airport and Greyhound.

**History:** Opened in 1988, FPC Pensacola houses male offenders primarily from the southeastern United States who do not have records of escape, violence, or major medical and emotional problems, and have not been convicted of sexual offenses. This site has experienced hurricanes, which has sometimes necessitated the evacuation of inmates to other prison facilities.

**Judicial District:** Northern District of Florida.

**Security Level:** A minimum-security facility houses male offenders.

**Population:** As of 4/22/19, the FPC inmate population is 575. Weekly population figures are available on the BOP website, www.bop.gov, at https://www.bop.gov/locations/institutions/pen/.

**Education:** The camp offers GED, ESL, adult education, parenting classes, and correspondence courses. A variety of general-interest courses and continuing education are offered; see Education bulletin boards.

**Vocational/Apprenticeship:** The FPC does not currently offer vocational training. However, apprenticeship programs are available for the following occupations: Cook, Baker, Greens Keeper, Landscape Technician, Horticulturist, Maintenance Electrician, Plumber, Bricklayer, HVAC, Painter, Small Engine Mechanic, Welder, Carpenter, Cabinet maker, and Outboard Motor Mechanic. See Education Staff for details.

**Library:** The library hours are 6am-9pm, Sunday through Saturday. The Law Library adjoins the Leisure Library in building 844. Legal books and materials may not be removed or checked out of the Law Library. An inmate clerk is available for assistance with legal reference materials. Typewriters, paper, and supplies are available. Inmates may not have in their possession any electronic media outside of the Education Department.

**Counseling/Rehab Services:** The Psychology Department is available to care for inmates' problems, including disorders of mood (depression, anxiety, psychosis, etc.), substance abuse/dependence, stress management, personal and/or family problems, institutional adjustment, or other issues which may cause concern. Individual consultation is available. Therapeutic groups will be offered periodically and will be announced through postings on the bulletin boards in Psychology Services and the housing units. Psychology programs offered include psychology intake screenings, follow up, and referral; acute crisis intervention; suicide prevention program and intervention; sexually abusive behavior prevention and intervention; CARE2-MH Open Clinic; psychotropic medication open clinic; grief counseling; individual and group therapy; mental health evaluation (by staff referral only) a Psychology Self-Help Resource Library (inmates can check out books/videos, etc.); and Drug Abuse Treatment Programming (e.g., Drug Education, Non-Residential Drug Abuse Treatment, RDAP, follow-up, AA, and NA).

**Health Services:** The FPC provides primary health care for acute and chronic conditions, including diagnosis, treatment, and education of inmates. Our clinical staff includes two physicians, a physician assistant, two registered nurses, and a dentist. Centralized pharmacy services are utilized, as the FPC is not authorized to have an on-site pharmacy. General radiological procedures are performed on-site and are interpreted via tele-radiology. All laboratory specimens are sent to referral laboratories for analysis, except for finger sticks for blood glucose and basic urine dip sticks. Contract optometry and dental hygiene services are also performed onsite. Any additional care needs as determined by the Clinical Director will be provided in the local community or by a Federal Medical Center. Health care is delivered by an assigned team of medical providers. Upon arrival, each inmate is assigned to a team led by a physician or mid-level provider in order to promote continuity of care. Health care visits are accomplished through scheduled appointments. Normal hours of operation are Monday-Friday, 7:00am-5:30 pm, except federal holidays. A health care provider is also available on weekends and holidays from 7am – 5pm for pill line and emergencies only. Sick call screening is Tuesday-Thursday 4:30pm-5pm. Daily pill line hours are 7:05am-7:15am daily, and from 4:30pm-5:15 pm (4:30pm -4:50 pm on weekends and holidays). Insulin line: 7:15am and 3:15pm daily.

**Housing:** Inmates are housed in "open bay" dormitories, two-man cubicles, and in dormitories consisting of eight-man and 10-man rooms. Television sets are located in the TV rooms in each dorm. A TV committee has been set up in each dorm to make and publish program selections.

**Fitness/Recreation:** The Recreation Department offers a wide variety of active and passive leisure time activities: intramural sports (softball, basketball, flag football, soccer, and volleyball), weight training, fitness (abs/stretching, step aerobics, presidential sports award program, and wellness), music, hobby craft

§18:23

(art, leather, wood), racquetball, bocce ball, and horseshoes. Program times are listed on a monthly recreation schedule. The Recreation Department sponsors movies weekly. Movie schedules are posted on bulletin boards and are frequently announced. Movies will be broadcast in either the Base Theater (sometimes referred to as the Reserve Center) or visiting room, or via the institutional channel. Schedules and hours are subject to change. Recreation schedules and notices are posted on TRULINCS and Recreation bulletin boards.

**Religious Services:** The Religious Service Department's mission is to provide pastoral care that assists with spiritual growth, character development, and preparation for reentry back into society. In order to achieve this mission, approximately 50 volunteers and contractors come into the institution to teach classes, lead worship services, and provide counseling. A three-month pre-release class entitled "Houses of Healing" is also offered twice a year. In addition to a very comprehensive schedule of programming, the department also has a large collection of religious audio tapes, video tapes, and DVDs, as well as CDs. There is also a large book library with reading materials for all religions represented at FPC Pensacola. An outdoor worship area is also a part of the Religious Services Department. This is intended for the worship services of nature-based religions.

**Commissary:** The commissary is open on Monday-Thursday from 11am-12pm, and 4pm-7pm. Shopping day is determined by the inmate's register number. The Bureau of Prisons policy currently sets spending limits at $320, but may be further restricted at the local level. Each inmate account is revalidated on a monthly, bi-weekly, or weekly cycle.

**Telephone Policy:** Twenty long-distance telephones plus local and international phones are provided in the inmate phone room (Building 836). The Inmate Telephone System allows direct or collect calls. Threeway calls are prohibited. ALL CALLS ARE RECORDED AND SUBJECT TO MONITORING. Access to staff phones may be granted for legal calls and extreme emergency purposes. All phones located on the military bases are off-limits at all times!

Phone room rules and procedures are: (1) Telephones are available Monday through Friday, 6am-7:30am, 10:30am-12:30pm, and 4pm-9:30 pm. Hours of operation on weekends and holidays are 6am-9:30pm. One phone is available from 6:00am-9:30pm for use by off-duty inmate workers only.(2) All calls are recorded and subject to monitoring. (3) Phones are closed during all counts. (4) Be respectful of others; avoid talking loud so that others may enjoy their conversations. (5) Damage to the telephones will result in disciplinary action. (6) No food or drinks are permitted in the phone room. (7) A reminder–inmates may not operate or direct businesses while incarcerated. See the institution supplement concerning telephone regulations for Inmates.

**Inmate Mail:** The FCI and the camp accept mail from the U.S. Postal Service via First-Class, U.S. Priority, and Express Mail. For those interested in sending

overnight mail via a private carrier (FedEx or UPS Overnight), it is recommended that you first contact the institution to find out whether the receipt of such mail is permitted. Inmates may receive publications without prior approval, although the warden will reject publications if they are determined to be detrimental to the security, good order or discipline of the institution. Hardcover publications and newspapers must be received directly from the publisher or bookstore; softcover publications may be received from any source.

**Inmate Mail to FPC:**
> INMATE NAME & REGISTER NUMBER
> FPC Pensacola
> Federal Prison Camp
> P.O. Box 3949
> Pensacola, FL 32516

**Visiting Hours:** Visiting hours: Friday 5pm-8:30pm, and Saturday, Sunday, federal holidays 8am-3pm. Each inmate is granted an unlimited amount of visiting time, during regular visiting hours. An inmate is limited to five visitors, including children, at one time. An inmates approved visitor list is limited to ten non-immediate family members, friends and associates. Attorney visits will be coordinated by the Unit Staff. Additional visiting information can be found at the BOP website, www.bop.gov, at https://www.bop.gov/locations/institutions/pen/.

**Lodging/Accommodations:** Should visitors be spending the night, the following is a short list of accommodations that are available in Pensacola, Florida:

| | |
|---|---|
| Hampton Inn Pensacola Airport | 850-478-1123 |
| Best Western Blue Angel Inn | 850-477-7474 |
| Homewood Suites by Hilton Pensacola Airport | 850-474-3777 |
| Residence Inn by Marriott Pensacola Downtown | 850-432-0202 |
| Red Roof Inn Pensacola West Florida Hospital | 850-476-7690 |

## §18:24 FCI TALLADEGA

FCI Talladega
Federal Correctional Institution
565 E. Renfroe Road
Talladega, AL 35160
TDG/ExecAssistant@bop.gov
256-315-4100
Fax: 256-315-4495

**Location:** In the foothills of northern Alabama, 50 miles east of Birmingham and 100 miles west of Atlanta, Georgia. It is situated on the west side of Talladega, off Interstate 20 on County Road 42, Renfroe Road.